**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**KENNETH L. WALLER**                                                    **PLAINTIFF**

v.                      **CASE NO. 5:13CV00296 BSM**

**CORIZON INC., et al.**                                             **DEFENDANTS**

**ORDER**

The partial recommended disposition submitted by United States Magistrate Judge H. David Young has been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion to dismiss [Doc. No. 23] is granted in part and denied in part. The motion is granted as to any claim that plaintiff Kenneth Waller is attempting to pursue that arose on or before October 21, 2011, and such claims are dismissed with prejudice. The motion is denied in all other respects.

2. Waller's motion to amend [Doc. No. 26] and his motion for judgment [Doc. No. 31] are denied.

DATED this 17th day of March 2014.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE