IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENNETH L. WALLER**                                                             **PLAINTIFF**

v.                        **CASE NO: 5:13CV00296 BSM**

**CORIZON LLC et al.**                                                   **DEFENDANTS**

**ORDER**

The partial recommended disposition and proposed findings and recommended disposition ("recommendations") submitted by United States Magistrate Judge H. David Young have been received. No objections have been filed. After careful consideration, it is concluded that the recommendations should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motion for summary judgment filed by Corizon LLC and Melvin Nance [Doc. No. 65] is granted, plaintiff's claims against Corizon and Nance are dismissed with prejudice, and Corizon and Nance are removed as party defendants.

2. Plaintiff's complaint is dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the court's order.

3. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE