**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**KENNETH L. WALLER**                                                                      **PLAINTIFF**

**v.**                           **CASE NO: 5:13CV00296 BSM**

**CORIZON LLC et al.**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 24th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE